HON. _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAMECHEAP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TUCOWS, INC., a Pennsylvania Corporation; ENOM, INC., a Nevada corporation; and DOES 1 through 10,<br><br>Defendants. | NO. 2:17-cv-01310<br><br>CORPORATE DISCLOSURE STATEMENT |

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Namecheap, Inc. by and through its undersigned attorneys, submits this Corporate Disclosure statement and states as follows:

   Plaintiff Namecheap, Inc. has no parent corporation or public corporation owning 10% or more of its stock.

DATED: August 31, 2017                     Respectfully submitted,

                                           **ROME & ASSOCIATES**

                                           By: s/ Eugene Rome
                                           Eugene Rome, Cal State Bar No. 232780
                                           (pro hac vice granted)
                                           2029 Century Park Easy, Ste. 450

CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:17-cv-01310 - 1

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

Los Angeles, CA 90067
Tel: (310) 282-0690
Fax: (310) 282-0691
erome@romeandassociates.com

**FOCAL PLLC**

By: *s/ Venkat Balasubramani*
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
venkat@focallaw.com

*Attorneys for Plaintiff*

CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:17-cv-1310 - 2