UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAMECHEAP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TUCOWS, INC., a Pennsylvania corporation, *et al.*,<br><br>Defendants. | Case No. C17-1310RSM<br><br>ORDER DENYING MOTION FOR EXPEDITED DISCOVERY AS MOOT |

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to Conduct Limited, Expedited Discovery. Dkt. #9. Plaintiff sought leave to conduct discovery prior to the required discovery conference under Federal Rule of Civil Procedure 26(f), in order to support the motion for preliminary injunction it planned to file at the time it made its motion. *Id.* Defendants opposed the motion. Dkt. #17. Plaintiff has since filed its Motion for Preliminary Injunction. Dkt. #19.

The Court now finds the motion for expedited discovery to be MOOT. The Court issued its Order Regarding Initial Disclosures and Joint Statius Report on September 1, 2017. Dkt. #7. That Order set the deadline for the parties' FRCP 26(f) conference for September 29, 2017. *Id.* There is no indication from the parties that they were unable to meet that deadline, and it has now passed. Therefore, the Court can only assume that the

ORDER - 1

conference took place, and Plaintiff has no procedural bar to moving forward with seeking the discovery it desires.

Accordingly, the Court hereby ORDERS that Plaintiff's Motion for Leave to Conduct Limited, Expedited Discovery (Dkt. #9) is DENIED AS MOOT.

DATED this 2 day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2